# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ORESTES MIGUEL FIGUEREDO-ORTEGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2555

_____

March 27, 2026

Appeal from the Circuit Court for Manatee County; Teri K. Dees, Judge.

Blair Allen, Public Defender, and Gary R. Gossett, Jr., Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.